IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MG PROJECTS, LLC; and ATLANTIC INVESTORS REAL ESTATE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BEP RICE HOPE, LLC; BEP RH TRACT 1, LLC; and BEP RH TRACT 2, LLC,<br><br>Defendants.<br><br><br>BEP RICE HOPE, LLC; BEP RH TRACT 1, LLC; and BEP RH TRACT 2, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>MG PROJECTS, LLC; and ATLANTIC INVESTORS REAL ESTATE COMPANY,<br><br>Counterclaim Defendants. | CIVIL ACTION NO.: 4:19-cv-292 |

**O R D E R**

On July 29, 2020, after being advised by the parties that all claims and counterclaims in the case had settled, the Court administratively closed the above-captioned case but provided the parties a forty-five day period to present, at their option, a dismissal judgment pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the settlement, so the Court could retain jurisdiction to enforce the agreement. (Doc. 46.) The parties have since filed a Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 50.) They have attached a copy of their executed settlement agreement to their Motion, (doc. 50-1), and they request that

the Court retain jurisdiction to enforce the agreement, (doc. 50).  Accordingly, the Court **DIRECTS** the Clerk of Court to **REOPEN** this action, **DISMISSES** with prejudice all of the parties' claims against each other, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.  However, given that the parties have consented to the Court retaining jurisdiction over this case for the purpose of enforcing their Settlement Agreement, the Court **RETAINS** jurisdiction to enforce the terms of the Settlement Agreement reached by the parties in this case.

      **SO ORDERED**, this 7th day of October, 2020.

*[signature]*

R. STAN BAKER  
UNITED STATES DISTRICT JUDGE  
SOUTHERN DISTRICT OF GEORGIA