AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 11:07 am, Oct 09, 2020

MG PROJECTS, LLC; and ATLANTIC INVESTORS REAL ESTATE COMPANY,

Plaintiffs,

v.

BEP RICE HOPE, LLC; BEP RH TRACT 1, LLC; and BEP RH TRACT 2, LLC,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-292

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 7, 2020, this case is dismissed with prejudice and stands closed. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement reached by the parties in this case.

Approved by: _____
Honorable R. Stan Baker

October 9, 2020
Date

John E. Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03